*Collins & Tanner, Edwin H. Hastings, Peter J. McGinn,* for petitioner. *Irving J. Bilgor* for Board of Review, Department of Employment Security, *Abedon, Michaelson, Stanzler and Biener, Julius C. Michaelson,* for Helen Rugg and certain other employees of New England Telephone and Telegraph Co., respondents.

M. P. No. 764. WALTER R. ORME, *Executor v.* SUCCOTASH MEADOWS, INC. Defendant's motion to dismiss appeal granted. *Walter R. Orme,* for plaintiff. *Abedon, Michaelson, Stanzler & Biener, Richard Skolnik,* for defendant.

M. P. No. 765. WALTER R. ORME, *Executor v.* WILLIAM F. STECKER. Defendant's motion to dismiss appeal granted. *Walter R. Orme,* for plaintiff. *Abedon, Michaelson, Stanzler & Biener, Richard Skolnik,* for defendant.

M. P. No. 767. ARTHUR COURNOYER *v.* JOHN F. SHARKEY, *Acting Warden.* Petition for writ of habeas corpus granted, writ to issue forthwith. Respondent directed to bring petitioner to Superior Court for counties of Providence and Bristol forthwith for purpose of admitting petitioner to bail, said court to fix amount of bail pursuant to this mandate. Papers remanded to Superior Court for use in fixing bail, to be returned to Supreme Court upon termination of bail hearing. *Earl Pasbach,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Luc LaBrosse,* Asst. Attorney General, *Harry W. Asquith,* Town Solicitor of Lincoln, for respondent.

July 15, 1969.

APPEAL No. 620. INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 57 *et al. v.* CHRYSLER MOTORS CORP. *et al.* One of the questions raised by this appeal is whether the time for bringing this action is governed by the statute of limitations set forth in G. L. 1956, §9-1-14 or by that contained in §6A-2-725 of the Uniform Commercial Code.